UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

HiSierra, LLC

        Plaintiff(s),                      Case No.  1:22-cv-0010

v.

                                               Hon. Jane M. Beckering

Roots Rock Rage LLC

        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,     __HiSierra, LLC__
makes the following disclosure:                               (Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes  ☑ No

2. Does party have any parent corporations? ☐ Yes  ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes  ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes  ☑ No
   If yes, identify entity and nature of interest:

Date: __2/2/2022__                             /s/ Kevin C. Majewski
                                                                   (Signature)
Kevin C. Majewski (P79292)
Hubbard Snitchler & Parzianello PLC
Attorney for Plaintiff
801 W. Ann Arbor Trail, Suite 240
Plymouth, MI 48170  313-672-7300